Robert Knuts
Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
Attorneys for Plaintiff HYMF, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HYMF, INC, :
:
:
Plaintiff, : Case No. 08 Civ. 11311 (DC)
:
-against- :
:
HIGHLAND CAPITAL MANAGEMENT, L.P., : **NOTICE OF**
HIGHLAND SELECT EQUITY FUND, L.P., : **DISMISSAL**
HIGHLAND SELECT EQUITY FUND, GP, L.P., :
HIGHLAND SELECT EQUITY GP, L.L.C., :
STRAND ADVISORS, INC., :
JAMES D. DONDERO, :
MARK K. OKADA, :
HIGHLAND CREDIT STRATEGIES FUND, L.P., :
HIGHLAND GENERAL PARTNER, L.P., :
HIGHLAND GP HOLDINGS, L.L.C., :
HIGHLAND CREDIT OPPORTUNITIES CDO, L.P., :
HIGHLAND CREDIT OPPORTUNITIES CDO GP, L.P., :
HIGHLAND CREDIT OPPORTUNITIES CDO GP, L.L.C.,:
HIGHLAND CRUSADER FUND, L.P., :
HIGHLAND CRUSADER FUND GP, L.P., :
HIGHLAND CRUSADER GP, L.L.C., :
HIGHLAND CDO OPPORTUNITY FUND, L.P., :
HIGHLAND CDO OPPORTUNITY FUND GP, L.P., :
HIGHLAND CDO OPPORTUNITY GP, L.L.C., :
HIGHLAND EQUITY FOCUS FUND, L.P., :
HIGHLAND EQUITY FOCUS FUND GP, L.P., :
HIGHLAND EQUITY FOCUS GP, L.L.C., :
HIGHLAND CAPITAL REAL ESTATE FUND, L.P., and :
HIGHLAND CAPITAL REAL ESTATE FUND GP, L.L.C. :
:
Defendants. :
------------------------------------------------------------x

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff HYMF, Inc. hereby voluntarily dismisses this action without prejudice.

Dated: April 2, 2009
New York, New York

ALLEN & OVERY, LLP

By: /s/ Robert Knuts
Robert Knuts

1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300 (telephone)
(212) 610-6399 (fax)

Attorneys for Plaintiff

TO: LACKEY HERSHMAN, LLP
3102 Oak Lawn Ave., Suite 777
Dallas, Texas 75219
Tel: 214-560-2201
Fax: 214-560-2203
Email: ddp@lhlaw.net

Attorneys for Defendants