Robert Knuts
Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
Attorneys for Plaintiff HYMF, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HYMF, INC,

                         Plaintiff,

   -against-

HIGHLAND CAPITAL MANAGEMENT, L.P.,
HIGHLAND SELECT EQUITY FUND, L.P.,
HIGHLAND SELECT EQUITY FUND, GP, L.P.,
HIGHLAND SELECT EQUITY GP, L.L.C.,
STRAND ADVISORS, INC.,
JAMES D. DONDERO,
MARK K. OKADA,
HIGHLAND CREDIT STRATEGIES FUND, L.P.,
HIGHLAND GENERAL PARTNER, L.P.,
HIGHLAND GP HOLDINGS, L.L.C.,
HIGHLAND CREDIT OPPORTUNITIES CDO, L.P.,
HIGHLAND CREDIT OPPORTUNITIES CDO GP, L.P.,
HIGHLAND CREDIT OPPORTUNITIES CDO GP, L.L.C.,
HIGHLAND CRUSADER FUND, L.P.,
HIGHLAND CRUSADER FUND GP, L.P.,
HIGHLAND CRUSADER GP, L.L.C.,
HIGHLAND CDO OPPORTUNITY FUND, L.P.,
HIGHLAND CDO OPPORTUNITY FUND GP, L.P.,
HIGHLAND CDO OPPORTUNITY GP, L.L.C.,
HIGHLAND EQUITY FOCUS FUND, L.P.,
HIGHLAND EQUITY FOCUS FUND GP, L.P.,
HIGHLAND EQUITY FOCUS GP, L.L.C.,
HIGHLAND CAPITAL REAL ESTATE FUND, L.P., and
HIGHLAND CAPITAL REAL ESTATE FUND GP, L.L.C.

                        Defendants.
-------------------------------------------------------x

Case No. 08 Civ. 11311 (DC)

**NOTICE OF**
**DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff HYMF, Inc. hereby voluntarily dismisses this action without prejudice.

Dated: April 2, 2009
New York, New York

          ALLEN & OVERY, LLP

          By: *[signature]*
          Robert Knuts

          1221 Avenue of the Americas
          New York, New York 10020
          (212) 610-6300 (telephone)
          (212) 610-6399 (fax)

          Attorneys for Plaintiff

TO: LACKEY HERSHMAN, LLP
3102 Oak Lawn Ave., Suite 777
Dallas, Texas 75219
Tel: 214-560-2201
Fax: 214-560-2203
Email: ddp@lhlaw.net

Attorneys for Defendants

*SO ORDERED,*
*[signature]*
*USDJ*
*4/6/09*

2